HONORABLE THERESA L. FRICKE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVELIVE, INC., <br><br> Defendants(s). | No.: 2:22-cv-00771-TLF <br><br> **PLAINTIFF'S MOTION FOR ORDER OF DEFAULT** <br><br> **NOTE ON MOTION CALENDAR: 07/01/2022** |

Pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55, Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") hereby moves for an Order of Default. Plaintiff requests that the Clerk enter the default of Defendant CreativeLive, Inc., as the party against whom a judgment is sought that has failed to plead or otherwise defend, and that failure is shown by the Declaration of Samuel M. Meyer submitted contemporaneously herewith.

Wherefore, Plaintiff respectfully prays that this Motion be granted and that an order of default be entered against Defendant CreativeLive, Inc.

PLAINTIFF'S MOTION FOR ORDER OF DEFAULT - 1
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: July 1, 2022.

**MEYLER LEGAL, PLLC**

 /S/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
Tel: 206-876-7770
Fax: 206-876-7771
E-mail: samuel@meylerlegal.com
*Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

 /S/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471

PLAINTIFF'S MOTION FOR ORDER OF DEFAULT - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771