**HONORABLE THERESA L. FRICKE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVELIVE, INC., <br><br> Defendants(s). | No.: 2:22-cv-00771-TLF <br><br> **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT** |

I hereby Certify that I am the attorney of record for Plaintiff Rothschild Broadcast Distribution Systems, LLC in the above refenced case, and that Defendant CreativeLive, Inc. was served by the following method: Process Server on Monday, June 7, 2022. See Proof of Service. ECF No. 7.

I further certify that the Defendant has failed to serve an answer or other responsive pleadings; no extension has been granted or any extension has expired; the Defendant is neither an infant (under age 21) nor an incompetent person; the Defendant is not in the active military service of the United States of America or its officers or agents or was six (6) months prior to the filing of the case.

The Clerk is requested to enter a default against said Defendant.

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR
ORDER OF DEFAULT - 1
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

1  Dated: July 1, 2022.

2                                          **MEYLER LEGAL, PLLC**

4                                           /S/ SAMUEL M. MEYLER
                                           SAMUEL M. MEYLER, WSBA #39471
5                                          1700 Westlake Ave. N., Ste. 200
6                                          Seattle, WA 98109
                                           Tel: 206-876-7770
7                                          Fax: 206-876-7771
8                                          E-mail: samuel@meylerlegal.com
                                           *Counsel for Plaintiff Rothschild Broadcast*
9                                          *Distribution Systems, LLC*

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771