**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CREATIVELIVE, INC.,**<br><br>Defendants(s). | No.: 2:22-cv-00771-JLR<br><br>**CLERK'S ORDER OF DEFAULT** |

THIS MATTER has come before the Court on Plaintiff's Motion for Order of Default as to Defendant CreativeLive, Inc., and supporting documentation.

Defendant CreativeLive, Inc. failing to appear, good cause being shown, and the Court being fully advised,

IT IS HEREBY ORDERED that Defendant CreativeLive, Inc. is in default.

DATED this 5th day of July, 2022.

RAVI SUBRAMANIAN
Clerk of the Court

By: s/ Ashleigh Drecktrah
    Deputy Clerk

CLERK'S ORDER OF DEFAULT
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

1  Presented by:
   **MEYLER LEGAL, PLLC**
2
3   /s/ SAMUEL M. MEYLER
   SAMUEL M. MEYLER, WSBA #39471
4  1700 Westlake Ave. N., Ste. 200
   Seattle, WA 98109
5  Tel: 206-876-7770
6  Fax: 206-876-7771
   E-mail: samuel@meylerlegal.com
7  *Counsel for Plaintiff*
8  *Rothschild Broadcast Distribution Systems, LLC*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

CLERK'S ORDER OF DEFAULT
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771