Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVELIVE, INC.,<br><br>Defendant. | Civil Action No. 22-cv-771JLR<br><br>STIPULATED MOTION TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>July 11, 2022 |

Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), hereby stipulate as follows:

Rothschild filed a Complaint against CreativeLive alleging patent infringement on June 2, 2022 (Dkt. 1), and served it upon CT Corporation System ("CT Corporation"), registered agent for CreativeLive, on June 7, 2022.

CreativeLive has represented that after being served with the summons and complaint on June 7, 2022, CT Corporation sent a copy of the summons and complaint via email to the outdated contact information of a former employee of CreativeLive, which was never received, and mailed a copy of the complaint to CreativeLive via UPS, but the package, to date, was never delivered to

STIPULATED MOTION TO SET ASIDE DEFAULT
AND EXTEND TIME TO RESPOND TO
COMPLAINT - 1

Civil Action No. 22-cv-771JLR

CCRL-6-0002P04 JSR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

CreativeLive's corporate offices. Accordingly, CreativeLive states that it never received the served summons and complaint from CT Corporation.

Rothschild filed proof of service on July 1, 2022 indicating that service of the complaint and summons in this matter on CT Corporation occurred on June 7, 2022 (Dkt. 8), and sought entry of default against CreativeLive the same day, which was entered on July 5, 2022 (Dkt. 11).

CreativeLive states that it first learned it had been served and of the entry of default on July 6, 2022, and immediately contacted Rothschild. CreativeLive states that it received for the first time an electronic copy of the summons from CT Corporation on July 7, 2022.

Rothschild lacks sufficient information to take a position on CreativeLive's foregoing statements. The Parties wish to cooperate in setting aside the default and providing a period of time for CreativeLive to evaluate the Rothschild complaint and respond to it. Accordingly, pursuant to Fed. R. Civ. P. 55(c), the Parties respectfully request that the Court:

1. Set aside the default against CreativeLive; and

2. Grant CreativeLive an extension until July 28, 2022 to respond to Rothschild's complaint.

STIPULATED MOTION TO SET ASIDE DEFAULT
AND EXTEND TIME TO RESPOND TO
COMPLAINT - 2
Civil Action No. 22-cv-771JLR
CCRL-6-0002P04 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED July 11, 2022.

s/Samuel M. Meyler, WSBA No. 39471
samuel@meylerlegal.com
MEYLER LEGAL[PLLC]
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
T: 206.876.7770

Jay Johnson, Esq. (*pro hac vice* forthcoming)
jay@kjpllc.com
KIZZIA JOHNSON[PLLC]
1910 Pacific Ave, Ste 13000
Dallas, TX 75201
T: 214.451.0164

Attorneys for Plaintiff

s/David A. Lowe, WSBA No. 24453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES[PLLC]
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300

Robert Greeson, Esq. (*pro hac vice* forthcoming)
robert.greeson@nortonrosefulbright.com
Erik Janitens, Esq. (*pro hac vice* forthcoming)
erik.janitens@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US[LLP]
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
T: 214.855.7430

Attorneys for Defendant

STIPULATED MOTION TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT - 3
Civil Action No. 22-cv-771JLR
CCRL-6-0002P04 JSR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**ORDER**

Stipulation approved and so ordered.

DATED this 11th day of July, 2022.

*/s/ James L. Robart*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO SET ASIDE DEFAULT
AND EXTEND TIME TO RESPOND TO
COMPLAINT - 4

Civil Action No. 22-cv-771JLR

CCRL-6-0002P04 JSR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301