Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVELIVE, INC., <br><br> Defendant. | Civil Action No. 22-cv-771-JLR <br><br> SECOND STIPULATED MOTION <u>AND ORDER</u> FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br> NOTE ON MOTION CALENDAR: <br> July 27, 2022 |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), jointly move the Court for a second extension of time and order extending CreativeLive's time to respond to the Complaint (Dkt. No. 1) to August 29, 2022, and in support state the following:

1. CreativeLive recently retained undersigned counsel and currently is investigating the facts underlying Rothschild's claims.

2. To allow CreativeLive additional time to complete its investigation and determine its response to the Complaint, CreativeLive respectfully asks the Court to extend Defendant's time further to respond to the Complaint by 30 days, from July 28, 2022, to August 29, 2022.

SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

Civil Action No. 22-cv-771JLR

CCRL-6-0002P04 JSR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

The parties below request the Court to enter an Order extending the deadline by which CreativeLive must respond to Plaintiff's Complaint until August 29, 2022.

RESPECTFULLY SUBMITTED July 27, 2022.

<u>s/Samuel M. Meyler, WSBA No. 39471</u>
   samuel@meylerlegal.com
MEYLER LEGAL<sup>PLLC</sup>
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
T: 206.876.7770

Jay Johnson, Esq. (*pro hac vice* forthcoming)
   jay@kjpllc.com
KIZZIA JOHNSON<sup>PLLC</sup>
1910 Pacific Ave, Ste 13000
Dallas, TX 75201
T: 214.451.0164

Attorneys for Plaintiff

<u>s/David A. Lowe, WSBA No. 24453</u>
   Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300

Robert Greeson, Esq. (*pro hac vice* forthcoming)
   robert.greeson@nortonrosefulbright.com
Erik Janitens, Esq. (*pro hac vice* forthcoming)
   erik.janitens@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US<sup>LLP</sup>
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
T: 214.855.7430

Attorneys for Defendant

SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2

Civil Action No. 22-cv-771JLR

CCRL-6-0002P04 JSR



1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**ORDER**

Stipulation approved and so ordered.

DATED this 27th day of July, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

SECOND STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT - 3

Civil Action No. 22-cv-771JLR

CCRL-6-0002P04 JSR

LOWE GRAHAM JONES ᴾᴸᴸᶜ

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301