**Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVELIVE, INC., <br><br> Defendants(s). | No.: 2:22-cv-00771-JLR <br><br> **THIRD STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: AUGUST 16, 2022 |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), jointly move the Court for a third extension of time and order extending CreativeLive's time to respond to the Complaint (Dkt. No. 1) to September 28, 2022, and in support state the following:

Rothschild and CreativeLive are currently working on a resolution to this matter that will avoid the need for further litigation. The parties below request the Court to enter an Order extending the deadline by which CreativeLive must respond to Plaintiff's Complaint until September 28, 2022.

THIRD STIPULATED MOTION AND ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: August 16, 2022.

| | |
|---|---|
| /s/Jay Johnson | /s/David A. Lowe, WSBA No. 24453 |
| **JAY JOHNSON (*Admitted PHV*)** | Lowe@LoweGrahamJones.com |
| TX State Bar No. 24067322 | LOWE GRAHAM JONES<sup>PLLC</sup> |
| **KIZZIA JOHNSON, PLLC** | 1325 Fourth Avenue, Suite 1130 |
| 1910 Pacific Ave., Suite 13000 | Seattle, Washington 98101 |
| Dallas, Texas 75201 | T: 206.381.3300 |
| (214) 451-0164 | |
| Fax: (214) 451-0165 | Robert Greeson, Esq. (*Admitted PHV*) |
| jay@kjpllc.com |   robert.greeson@nortonrosefulbright.com |
| | Erik Janitens, Esq. (*Admitted PHV*) |
| |   erik.janitens@nortonrosefulbright.com |
| **MEYLER LEGAL, PLLC** | NORTON ROSE FULBRIGHT US<sup>LLP</sup> |
| | 2200 Ross Avenue, Suite 3600 |
| SAMUEL M. MEYLER, WSBA #39471 | Dallas, TX 75201 |
| 1700 Westlake Ave. N., Ste. 200 | T: 214.855.7430 |
| Seattle, WA 98109 | |
| Tel: 206-876-7770 | Attorneys for Defendant |
| Fax: 206-876-7771 | |
| E-mail: samuel@meylerlegal.com | |

*Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/Jay Johnson
**JAY JOHNSON (*Admitted PHV*)**

THIRD STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

**ORDER**

Stipulation approved and so ordered.

DATED this 16th day of August, 2022.

_____
JAMES L. ROBART
United States District Judge

THIRD STIPULATED MOTION AND ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT - 3
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771