**Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVELIVE, INC.,<br><br>Defendants(s). | No.: 2:22-cv-00771-JLR<br><br>**STIPULATED MOTION AND ORDER FOR CONTINUANCE OF JOINT STATUS REPORT AND RELATED DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>AUGUST 22, 2022 |

Pursuant to Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), move the Court for a continuance of the Joint Report and related deadlines pursuant to the Court's Order [Doc. 5], sixty (60) days. On August 16, 2022, the Parties filed a Stipulated Motion and Order for Extension of Time to Respond to the Complaint [Doc. 22]. On August 16, 2022, the Court granted the motion and extended Defendant's Answer Deadline to September 28, 2022 [Doc. 23].

The Parties respectfully request the FRCP 26(f) Conference be continued to October 21, 2022, the deadline to serve Initial Disclosures Pursuant to FRCP 26(a)(1) be extended to October

STIPULATED MOTION AND ORDER FOR CONTINUANCE OF
JOINT STATUS REPORT AND RELATED DEADLINES - 1
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

28, 2022, and the deadline to file the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) be extended to November 4, 2022.

This motion is not for delay and there is good cause for this request, as the parties are discussing an amicable resolution of the matter. This extension will not negatively impact any other current deadlines.

Dated: August 22, 2022.

| | |
|---|---|
| /s/Jay Johnson | /s/David A. Lowe, WSBA No. 24453 |
| **JAY JOHNSON (*Admitted PHV*)** | Lowe@LoweGrahamJones.com |
| TX State Bar No. 24067322 | LOWE GRAHAM JONES<sup>PLLC</sup> |
| **KIZZIA JOHNSON, PLLC** | 1325 Fourth Avenue, Suite 1130 |
| 1910 Pacific Ave., Suite 13000 | Seattle, Washington 98101 |
| Dallas, Texas 75201 | T: 206.381.3300 |
| (214) 451-0164 | |
| Fax: (214) 451-0165 | Robert Greeson, Esq. (*Admitted PHV*) |
| jay@kjpllc.com |   robert.greeson@nortonrosefulbright.com |
| | Erik Janitens, Esq. (*Admitted PHV*) |
| |   erik.janitens@nortonrosefulbright.com |
| **MEYLER LEGAL, PLLC** | NORTON ROSE FULBRIGHT US<sup>LLP</sup> |
| | 2200 Ross Avenue, Suite 3600 |
| SAMUEL M. MEYLER, WSBA #39471 | Dallas, TX 75201 |
| 1700 Westlake Ave. N., Ste. 200 | T: 214.855.7430 |
| Seattle, WA 98109 | |
| Tel: 206-876-7770 | Attorneys for Defendant |
| Fax: 206-876-7771 | |
| E-mail: samuel@meylerlegal.com | |
| | |
| *Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC* | |

STIPULATED MOTION AND ORDER FOR CONTINUANCE OF JOINT STATUS REPORT AND RELATED DEADLINES - 2
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

**ORDER**

Stipulation approved and so ordered.

DATED this 22nd day of August, 2022.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATED MOTION AND ORDER FOR CONTINUANCE OF
JOINT STATUS REPORT AND RELATED DEADLINES - 3
(Case No. 2:22-cv-00771-JLR)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771