**Honorable James L. Robert**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CREATIVELIVE, INC.,**<br><br>Defendants(s). | No.: 2:22-cv-00771-JLR<br><br>**STIPULATED MOTION <u>AND ORDER</u> TO STAY DEADLINES AND NOTICE OF SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 14, 2022 |

Pursuant to Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), jointly move the Court to stay all deadlines and notifies the court of the parties settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The Parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, the Parties respectfully request that the Court grant a stay of the proceedings between the Parties, including all deadlines, up or until November 14, 2022.

STIPULATED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT - 1
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: October 14, 2022.

| | |
|---|---|
| */s/Jay Johnson* | */s/Erik Janitens* |
| **JAY JOHNSON (*Admitted PHV*)** | Lowe@LoweGrahamJones.com |
| TX State Bar No. 24067322 | LOWE GRAHAM JONES<sup>PLLC</sup> |
| **D. BRADLEY KIZZIA** | 1325 Fourth Avenue, Suite 1130 |
| TX State Bar No. 11547550 | Seattle, Washington 98101 |
| **KIZZIA JOHNSON, PLLC** | T: 206.381.3300 |
| 1910 Pacific Ave., Suite 13000 | |
| Dallas, Texas 75201 | Robert Greeson, Esq. (*Admitted PHV*) |
| (214) 451-0164 | robert.greeson@nortonrosefulbright.com |
| Fax: (214) 451-0165 | Erik Janitens, Esq. (*Admitted PHV*) |
| jay@kjpllc.com | erik.janitens@nortonrosefulbright.com |
| bkizzia@kjpllc.com | NORTON ROSE FULBRIGHT US<sup>LLP</sup> |
| | 2200 Ross Avenue, Suite 3600 |
| **MEYLER LEGAL, PLLC** | Dallas, TX 75201 |
| | T: 214.855.7430 |
| SAMUEL M. MEYLER, WSBA #39471 | |
| 1700 Westlake Ave. N., Ste. 200 | Attorneys for Defendant |
| Seattle, WA 98109 | |
| Tel: 206-876-7770 | |
| Fax: 206-876-7771 | |
| E-mail: samuel@meylerlegal.com | |

*Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Jay Johnson*
**JAY JOHNSON (*Admitted PHV*)**

STIPULATED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

# ORDER

Stipulation approved and so ordered.  <u>The Clerk is DIRECTED to remove Defendant's pending motion to dismiss (Dkt. # 26) from the court's motions calendar.</u>

DATED this 14th day of October, 2022.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT - 3
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771