1
2
3
4                                                                    **Honorable James L. Robert**
5
6
7                               **UNITED STATES DISTRICT COURT**
                                **WESTERN DISTRICT OF WASHINGTON**
8                                           **AT SEATTLE**
9
**ROTHSCHILD BROADCAST**
10  **DISTRIBUTION SYSTEMS, LLC,**                  **No.: 2:22-cv-00771-JLR**
11                Plaintiff,                        **STIPULATED MOTION AND ORDER**
                                                    **TO EXTEND STAY DEADLINE**
12        v.
13  **CREATIVELIVE, INC.,**                         NOTE ON MOTION CALENDAR:
                                                    NOVEMBER 14, 2022
14                Defendants(s).
15
16
17
            Pursuant to Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST
18
19  DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC.
20  ("CreativeLive"), jointly move the Court to extend the current stay deadline, and in support thereof,
21  respectfully show the Court as follows:
22
23          On October 14, 2022, the Parties filed their Stipulated Motion to Stay Deadlines and Notice
24  of Settlement [Doc. 27]. Thereafter, on October 14, 2022, the Court entered an order granting the
25  Parties' request and ordered all deadlines stayed up and until November 14, 2022. The Parties are
26  close to reaching a final written agreement and need additional time to resolve an issue implicated
27  by the agreement. Accordingly, the Parties respectfully request that the Court grant an extension
28
29  of stay of the proceedings between the Parties, including all deadlines, of an additional thirty (30)
30  days, up and until December 14, 2022.

STIPULATED MOTION AND ORDER TO STAY DEADLINES - 1
(Case No. 2:22-cv-00771-TLF)

1

Dated: <u>November 14, 2022</u>.

2

<u>/s/Jay Johnson</u>                                        <u>/s/Erik Janitens</u>

3

**JAY JOHNSON (*Admitted PHV*)**               Lowe@LoweGrahamJones.com

TX State Bar No. 24067322                          LOWE GRAHAM JONES<sup>PLLC</sup>

4

**D. BRADLEY KIZZIA**                               1325 Fourth Avenue, Suite 1130

TX State Bar No. 11547550                          Seattle, Washington 98101

5

**KIZZIA JOHNSON, PLLC**                         T: 206.381.3300

6

1910 Pacific Ave., Suite 13000

Dallas, Texas 75201                                     Robert Greeson, Esq. (*Admitted PHV*)

7

(214) 451-0164                                            robert.greeson@nortonrosefulbright.com

Fax: (214) 451-0165                                   Erik Janitens, Esq. (*Admitted PHV*)

8

jay@kjpllc.com                                             erik.janitens@nortonrosefulbright.com

bkizzia@kjpllc.com                                     NORTON ROSE FULBRIGHT US<sup>LLP</sup>

9

2200 Ross Avenue, Suite 3600

10

**MEYLER LEGAL, PLLC**                         Dallas, TX 75201

T: 214.855.7430

11

SAMUEL M. MEYLER, WSBA #39471

12

1700 Westlake Ave. N., Ste. 200                  Attorneys for Defendant

13

Seattle, WA 98109

Tel: 206-876-7770

14

Fax: 206-876-7771

15

E-mail: samuel@meylerlegal.com

16

*Counsel for Plaintiff Rothschild Broadcast*

17

*Distribution Systems, LLC*

18

19

20

## CERTIFICATE OF SERVICE

21

        I hereby certify that on November 14, 2022, I electronically transmitted the foregoing

22

document using the CM/ECF system for filing, which will transmit the document electronically

to all registered participants as identified on the Notice of Electronic Filing, and paper copies

23

have been served on those indicated as non-registered participants.

24

<u>/s/Jay Johnson</u>

25

**JAY JOHNSON (*Admitted PHV*)**

26

27

28

29

30

STIPULATED MOTION AND ORDER TO STAY DEADLINES - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

1

**ORDER**

2

Stipulation approved and so ordered.

3

DATED this _____ day of November, 2022.

4

5

6                                         _____
                                          JAMES L. ROBART
7                                         United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30