**Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVELIVE, INC.,<br><br>　　　　Defendants(s). | No.: 2:22-cv-00771-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND STAY DEADLINE**<br><br>NOTE ON MOTION CALENDAR:<br>NOVEMBER 14, 2022 |

Pursuant to Local Rules 7(j) and 10(g), Plaintiff ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC ("Rothschild") and Defendant CREATIVELIVE, INC. ("CreativeLive"), jointly move the Court to extend the current stay deadline, and in support thereof, respectfully show the Court as follows:

On October 14, 2022, the Parties filed their Stipulated Motion to Stay Deadlines and Notice of Settlement [Doc. 27]. Thereafter, on October 14, 2022, the Court entered an order granting the Parties' request and ordered all deadlines stayed up and until November 14, 2022. The Parties are close to reaching a final written agreement and need additional time to resolve an issue implicated by the agreement. Accordingly, the Parties respectfully request that the Court grant an extension of stay of the proceedings between the Parties, including all deadlines, of an additional thirty (30) days, up and until December 14, 2022.

STIPULATED MOTION AND ORDER TO STAY DEADLINES - 1
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: November 15, 2022.

| | |
|---|---|
| /s/Jay Johnson | /s/Erik Janitens |
| **JAY JOHNSON (*Admitted PHV*)** | Lowe@LoweGrahamJones.com |
| TX State Bar No. 24067322 | LOWE GRAHAM JONES<sup>PLLC</sup> |
| **D. BRADLEY KIZZIA** | 1325 Fourth Avenue, Suite 1130 |
| TX State Bar No. 11547550 | Seattle, Washington 98101 |
| **KIZZIA JOHNSON, PLLC** | T: 206.381.3300 |
| 1910 Pacific Ave., Suite 13000 | |
| Dallas, Texas 75201 | Robert Greeson, Esq. (*Admitted PHV*) |
| (214) 451-0164 | robert.greeson@nortonrosefulbright.com |
| Fax: (214) 451-0165 | Erik Janitens, Esq. (*Admitted PHV*) |
| jay@kjpllc.com | erik.janitens@nortonrosefulbright.com |
| bkizzia@kjpllc.com | NORTON ROSE FULBRIGHT US<sup>LLP</sup> |
| | 2200 Ross Avenue, Suite 3600 |
| **MEYLER LEGAL, PLLC** | Dallas, TX 75201 |
| | T: 214.855.7430 |
| SAMUEL M. MEYLER, WSBA #39471 | |
| 1700 Westlake Ave. N., Ste. 200 | Attorneys for Defendant |
| Seattle, WA 98109 | |
| Tel: 206-876-7770 | |
| Fax: 206-876-7771 | |
| E-mail: samuel@meylerlegal.com | |

*Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/Jay Johnson
**JAY JOHNSON (*Admitted PHV*)**

STIPULATED MOTION AND ORDER TO STAY DEADLINES - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

**ORDER**

Stipulation approved and so ordered.

DATED this 15th day of November, 2022.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATED MOTION AND ORDER TO STAY DEADLINES - 3
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771