**Honorable James L. Robert**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CREATIVELIVE, INC.,**<br><br>  Defendants(s). | No.: 2:22-cv-00771-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant CreativeLive, Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: January 4, 2023.                Respectfully submitted,

/s/Jay Johnson
**JAY JOHNSON (*Admitted PHV*)**
TX State Bar No. 24067322
**D. BRADLEY KIZZIA**
TX State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**MEYLER LEGAL, PLLC**

SAMUEL M. MEYLER, WSBA #39471
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
Tel: 206-876-7770
Fax: 206-876-7771
E-mail: samuel@meylerlegal.com

*Counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/Jay Johnson
**JAY JOHNSON (*Admitted PHV*)**

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2
(Case No. 2:22-cv-00771-TLF)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771